UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CV-20957-LENARD/GOODMAN

FREDERICK GORE,

Plaintiff(s),

vs.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

Defendant(s). /

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff, Frederick Gore and Defendant, Life Insurance Company of North America, by and through their undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE with each party to bear its own attorneys' fees and costs.

Dated: July 27, 2016

By: */s/ Cesar Gavidia*
CESAR GAVIDIA, ESQ.
Fla. Bar No. 015263
Cesar@diattorney.com
DELL AND SCHAEFER CHARTERED
Attorneys for Plaintiff
2404 Hollywood Boulevard
Hollywood, FL 33020
T(954) 620-8300
F(954) 922-6864

Dated: July 27, 2016

By: */s/ Shari Gerson*
SHARI GERSON ESQ.
Fla. Bar No. 017035
shari.gerson@gray-robinson.com
GRAY-ROBINSON
Attorneys for the Defendant
401 East Las Olas Blvd, Ste 1000
Ft. Lauderdale, FL 33301
T(954)761-8111
F(954)761-8112